

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2016

No. 04-16-00171-CR

Zachary Shawn **WHITESIDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2958
Honorable Ray Olivarri, Judge Presiding

### O R D E R

The court reporter has filed part of the reporter's record but has not filed two exhibits. We order the court reporter, Sachiko Nagao-Trevino, to complete the reporter's record by filing the two remaining exhibits by **August 16, 2016**. Sachiko Nagao-Trevino is further advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the exhibits, (2) advises the court of what efforts have been expended to prepare the exhibits and the status of completion, and (3) provides the court reasonable assurance the exhibits will be filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court